William J. McLean/Bar No. 039264
Andrew P. Holland/Bar No. 224737
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Plaintiffs
The McGraw Company and Western Service Contract Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MCGRAW COMPANY, a California corporation; and WESTERN SERVICE CONTRACT CORP., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>H-D MICHIGAN, LLC, a Michigan limited liability company,<br><br>Defendant, | No. C 10-00539 JSW<br><br>STIPULATION TO FILE SECOND AMENDED COMPLAINT TO INCLUDE COUNTER-CLAIMANT HARLEY-DAVIDSON FINANCIAL SERVICES, INC. AS A DEFENDANT AND ORDER THEREON |
| H-D MICHIGAN, LLC, a Michigan limited liability company; and HARLEY-DAVIDSON FINANCIAL SERVICES, INC., a Delaware corporation<br><br>Counterclaimants,<br><br>v.<br><br>THE MCGRAW COMPANY, a California corporation; and WESTERN SERVICE CONTRACT CORP., a California corporation,<br><br>Counterdefendants. | |

168018.002/269709

1

STIPULATION

IT IS HEREBY STIPULATED by plaintiffs the McGraw Company and Western Service Contract Corp. ("Plaintiffs") and defendant H-D Michigan, LLC and Harley-Davidson Financial Services, Inc. ("Defendant"), through their respective attorneys of record herein, that Plaintiffs' may file a Second Amended Complaint to include counter-claimant Harley-Davidson Financial Services, Inc. as a defendant. Plaintiff shall have until June 30, 2010 to file the Second Amended Complaint to include counter-claimant Harley-Davidson Financial Services, Inc. as a defendant.

The time for Plaintiffs to file a motion to add parties or amend the pleadings has not expired as of the date of this stipulation was made and filed.

Dated: June 22, 2010

           THOITS, LOVE,
           HERSHBERGER & McLEAN

By    *Andrew Holland*
       Andrew P. Holland
      Attorneys for Plaintiffs
   The McGraw Company and Western
      Service Contract Corp.

Dated: June 22, 2010

        PRUETZ LAW GROUP LLP

By    *Erica J. Pruetz*
       Erica J. Pruetz
     Attorneys for Defendant
  H-D Michigan, LLC and Harley-
  Davidson Financial Services, Inc.

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: June 23, 2010

      *Jeffrey S. White*
     Jeffrey S. White
   United States District Judge