**THOITS, LOVE, HERSHBERGER & McLEAN**
William J. McLean (Bar No. 039264)
Stephen C. Gerrish (Bar No. 0612530)
Andrew P. Holland (Bar No. 224737)
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
*Attorneys for Plaintiffs and Counterdefendants*
*The McGraw Company and Western Service Contract Corp.*

**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone: 310.765.7650
Facsimile: 310.765.7641
*Attorneys for Defendant and Counterclaimants*
*H-D Michigan, LLC and Harley-Davidson*
*Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE MCGRAW COMPANY, a California corporation; and WESTERN SERVICE CONTRACT CORP. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>H-D MICHIGAN, LLC, a Michigan limited liability company; and HARLEY-DAVIDSON FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | CASE NO. CV10-00539 JSW<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON |

Stipulation to Extend Discovery Deadlines - CV10-00539 JSW

1  IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel,
2  pursuant to Civil Local Rule 6-2, that:
3     (1) the last day for expert disclosure be extended from April 4, 2011 to May 4, 2011; and
4     (2) the current non-expert discovery cut-off be extended from April 4, 2011 to May 4,
5        2011.
6  All other court scheduled dates and deadlines shall remain the same.
7     Good cause exists to grant this extension as follows: the parties are working together to
8  resolve this matter. The parties attended mediation on December 9, 2010. They are in the process
9  of working out a settlement and anticipate reaching a mutual resolution shortly. To ensure the
10  parties are not prejudiced by their attempts to settle, and to avoid potentially unneeded litigation,
11  they mutually and in good faith, seek an extension of the remaining deadlines.
12     Previously, stipulations and orders resulted in the following time modifications:
13     On February 23, 2010, the parties stipulated and the Court ordered to extend the time for
14  plaintiffs to file an amended complaint to March 10, 2010 and for defendant to respond to the
15  complaint or first amended complaint, if applicable, to April 2, 2010.
16     On October 15, 2010, the parties stipulated and the Court ordered to extend the last day for
17  fact discovery from January 12, 2011 to March 4, 2011, and the last day for expert discovery
18  would be extended from March 25, 2011 to April 22, 2011.
19     On January 27, 2010, the parties stipulated and the Court ordered to extend all deadlines by
20  approximately one month.
21     The stipulation and proposed order, if issued, would affect the fact and expert discovery
22  cut-offs set by the Court via its scheduling order, dated June 21, 2010, Docket No. 20, in the
23  manner shown in Schedule A attached hereto.
24  //
25  //
26  //
27  //
28

-1-

Stipulation to Extend Discovery Deadlines - CV10-00539 JSW

1  WHEREAS the last day for expert disclosure is April 4, 2011;

2  WHEREAS the current non-expert discovery cut-off is set for April 4, 2011;

3  WHEREAS the parties are currently in settlement negotiations and hope and anticipate
4  resolution of this matter;

5  WHEREAS in light of current settlement discussions the parties have agreed to extend
6  deadlines in this matter to save time and resources, avoid potentially unnecessary litigation and to
7  ensure no party is prejudiced;

8  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and
9  request an order:

10  (1) extending the last day for expert disclosure of April 4, 2011 to May 4, 2011; and

11  (2) extending the current non-expert discovery cut-off of April 4, 2011 to May 4, 2011.

15  DATED: March 24, 2011        **THOITS, LOVE, HERSHBERGER & MCLEAN**

17                                By  /s/ Andrew P. Holland

18                                Andrew P. Holland
                                  Attorneys for Plaintiffs and Counterdefendants
19                                McGraw Commercial Insurance Services and
                                  Western Service Contract Corp.

21  DATED:  March 24, 2011       **PRUETZ LAW GROUP LLP**

23                                By  /s/ Erica J. Pruetz

24                                Erica J. Pruetz
                                  Attorneys for Defendant and Counterclaimants
25                                H-D Michigan, LLC and Harley-Davidson-
                                  Financial Services, Inc.

-2-
Stipulation to Extend Discovery Deadlines - CV10-00539 JSW

**Declaration of Consent**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrew P. Holland.

DATED: March 24, 2011    **PRUETZ LAW GROUP LLP**

By  /s/ Erica J. Pruetz
_____
Erica J. Pruetz
Attorneys for Defendant and Counterclaimants
H-D Michigan, LLC and Harley-Davidson-
Financial Services, Inc.

**IT IS SO ORDERED.**

DATED:  March 24   , 2011

*Jeffrey S. White*
_____
HON. JEFFREY S. WHITE
United States District Judge

-3-
Stipulation to Extend Discovery Deadlines - CV10-00539 JSW