**THOITS, LOVE, HERSHBERGER & McLEAN**
William J. McLean (Bar No. 039264)
Stephen C. Gerrish (Bar No. 0612530)
Andrew P. Holland (Bar No. 224737)
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone:     (650) 327-4200
Facsimile:     (650) 325-5572
*Attorneys for Plaintiffs and Counterdefendants*
*The McGraw Company and Western Service Contract Corp.*

**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone:     310.765.7650
Facsimile:     310.765.7641
*Attorneys for Defendant and Counterclaimants*
*H-D Michigan, LLC and Harley-Davidson*
*Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE MCGRAW COMPANY, a California corporation; and WESTERN SERVICE CONTRACT CORP. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>H-D MICHIGAN, LLC, a Michigan limited liability company; and HARLEY-DAVIDSON FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | CASE NO.  CV10-00539 JSW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |

Plaintiffs and Counter-Defendants, The McGraw Company and Western Service Contract Corp. ("McGraw") and Defendants and Counter-Claimants, H-D Michigan, LLC and Harley-Davidson Financial Services, Inc. ("Harley-Davidson") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the parties separate Settlement Agreement, hereby stipulate and agree that:

1. All claims and counterclaims in this action be dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees incurred in this matter.
3. The parties also respectfully request by stipulation that this Court retain jurisdiction over this matter solely to enforce, and pursuant to, the terms of the parties' Settlement Agreement.

DATED: May 6, 2011          **THOITS, LOVE, HERSHBERGER & MCLEAN**

By  /s/ Andrew P. Holland

Andrew P. Holland
Attorneys for Plaintiffs and Counterdefendants
McGraw Commercial Insurance Services and
Western Service Contract Corp.

DATED: May 6, 2011          **PRUETZ LAW GROUP LLP**

By  /s/ Erica J. Pruetz

Erica J. Pruetz
Attorneys for Defendant and Counterclaimants
H-D Michigan, LLC and Harley-Davidson-
Financial Services, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: May 9, 2011

_____
HON. JEFFREY S. WHITE
United States District Judge

**Declaration of Consent**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrew P. Holland.

DATED: May 6, 2011        **PRUETZ LAW GROUP LLP**

By /s/ Erica J. Pruetz
_____
Erica J. Pruetz
Attorneys for Defendant and Counterclaimants
H-D Michigan, LLC and Harley-Davidson-
Financial Services, Inc.